# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139863

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DF LAND DEVELOPMENT, LLC,
      Plaintiff-Appellant,

v

SC: 139863
COA: 287400
Washtenaw CC: 02-000122-AS

ANN ARBOR CHARTER TOWNSHIP,
ANN ARBOR CHARTER TOWNSHIP
ZONING OFFICIAL, ANN ARBOR CHARTER
TOWNSHIP TRUSTEES, ANN ARBOR
TOWNSHIP PLANNING COMMISSION
MEMBERS and ANN ARBOR ZONING
BOARD OF APPEALS,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the September 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

p0222